**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Anthony S. Fields |
| Debtor 2 (Spouse, if filing) | Alicia M. Fields |
| United States Bankruptcy Court for the: | Southern District of Ohio (State) |
| Case number | 15-13490 |

# Form 4100R
## Response to Notice of Final Cure Payment                                                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the FW Series I Trust

**Court claim no.** (if known): 6-4

**Last 4 digits** of any number you use to identify the debtor's account: 4 4 7 1

**Property address:** 13037 Brannon Rd.
Number    Street

Bethel          OH      45106
City            State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 7 / 1 / 2020
                                                             MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                    (a)  $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:             + (b)  $ _____

c.  **Total.** Add lines a and b.                                               (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
                                                                                MM / DD / YYYY

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

| Debtor 1 | Anthony S. Fields | Case number *(if known)* 15-13490 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Molly Slutsky Simons
Signature

Date 6/29/2020

Print: **Molly Slutsky Simons**
First Name  Middle Name  Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 394 Wards Corner Road, Suite 180
Number  Street

Loveland    OH    45140
City    State    ZIP Code

Contact phone (513) 444-4100

Email: bankruptcy@sottileandbarile.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# CINCINNATI DIVISION

| | |
|---|---|
| In Re: | Case No. 15-13490 |
| Anthony S. Fields | |
| Alicia M. Fields | Chapter 13 |
| aka Alicia Clifton | |
| Debtors. | Judge Beth A. Buchanan |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Response to Notice of Final Cure was served **electronically** on June 29, 2020 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on June 29, 2020 addressed to:

Anthony S. Fields, Debtor
13037 Brannon Rd.
Bethel, OH 45106-9623

Alicia M. Fields, Debtor
13037 Brannon Rd.
Bethel, OH 45106-9623

                                                          Respectfully Submitted,

                                                          /s/ Molly Slutsky Simons
                                                          Molly Slutsky Simons (0083702)
                                                          Sottile & Barile, Attorneys at Law
                                                          394 Wards Corner Road, Suite 180
                                                          Loveland, OH 45140
                                                          Phone: 513.444.4100
                                                          Email: bankruptcy@sottileandbarile.com
                                                          Attorney for Creditor